IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM AHRENS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 4:18cv434-MW/GRJ**

**CORIZON MEDICAL, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b)." The Clerk shall close the file.

**SO ORDERED on November 5, 2018.**

                            **s/ MARK E. WALKER**
                            **Chief United States District Judge**

---

[1] Plaintiff failed to keep the Clerk advised of his mailing address as evidenced by returned mail. ECF No. 5.